ACCEPTED
15-25-00167-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/5/2026 6:46 AM
CHRISTOPHER A. PRINE
CLERK

Case No. 15-25-00167-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/5/2026 6:46:43 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| Shannon Medical Center | § | |
| | § | Court of Appeals of Texas |
| v. | § | |
| | § | |
| Michael Sickels, *et al.* | § | Fifteenth District |

---

### Appellees' Unopposed Motion to Extend Time to File Appellees' Brief

---

Appellees Michael Sickels and James Christopher Cole respectfully request this Court to grant this unopposed motion and to extend their deadline to file their brief to **January 19, 2026** for the following reasons:

1. Appellees' brief is currently due January 12, 2026.

2. Appellees respectfully request a 7-day extension of their deadline because, after this Court granted their previous extension request, the Fourteenth Court of Appeals ordered their undersigned counsel to appear for oral argument on January 8, 2026 in *In re Quintero*, which is pending in that Court as Case No. 14-25-00757-CV.

3. *In re Quintero* is an original mandamus proceeding involving an important issue of first impression and preparation for this oral argument will prevent Appellees' counsel from timely finalizing their brief in this case.

- 1 -

4.     If Appellees' counsel was aware that the Fourteenth Court would set *In re Quintero* for oral argument on January 8, 2026, he would have requested an extension of the briefing deadline to January 19, 2026 in his previous motion.

5.     This is Appellees' second request for an extension of this deadline; this Court previously granted Appellant a 44-day extension from the original deadline.

6.     Because Appellant's counsel does not oppose this extension, Appellant will not suffer any prejudice if this motion is granted.

7.     This motion is not made for purposes of delay.

Respectfully submitted,

*/s/ Matthew J. Kita*
Matthew J. Kita
Texas Bar No. 24050883
3110 Webb Avenue, Suite 150
Dallas, Texas 75205
(214) 699-1863
matt@mattkita.com

Counsel for Appellees

## Certificate of Conference

On January 3, 2025, I conferenced with counsel for Appellant, David Walsh, via e-mail regarding the merits of this motion and he represented that he does not oppose the relief requested.

*/s/ Matthew J. Kita*
Matthew J. Kita

## Certificate of Service

I certify that on Jan 5, 2025, I served a copy of this motion on the following counsel of record in accordance with Texas Rule of Appellate Procedure 9.5 and this Court's local rules:

*Counsel for Appellant*:

David Walsh
dwalsh@kaktxlaw.com

*/s/ Matthew J. Kita*
Matthew J. Kita

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Matthew Kita on behalf of Matthew Kita
Bar No. 24050883
matt@mattkita.com
Envelope ID: 109631889
Filing Code Description: Motion
Filing Description: Appellees??? Unopposed Motion to Extend Time  to File Appellees??? Brief
Status as of 1/5/2026 7:07 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kyle Dreyer | 6119500 | kdreyer@mytexasfirm.com | 1/5/2026 6:46:43 AM | SENT |
| David Walsh | | dwalsh@katxlaw.com | 1/5/2026 6:46:43 AM | SENT |
| Jeffery M.Kershaw | | kalawefiling@katxlaw.com | 1/5/2026 6:46:43 AM | SENT |
| E-Service KAK | | e-service@kaktxlaw.com | 1/5/2026 6:46:43 AM | SENT |
| Laurie Stroh | | lstroh@kaktxlaw.com | 1/5/2026 6:46:43 AM | SENT |
| Jacqueline Cochrane | | jcochrane@kaktxlaw.com | 1/5/2026 6:46:43 AM | SENT |
| Ana Romano | | aromano@kaktxlaw.com | 1/5/2026 6:46:43 AM | SENT |
| Josh Flippin | | legal@mytexasfirm.com | 1/5/2026 6:46:43 AM | SENT |